Cesar L. Rojo v.
JPMorgan Chase Bank, National Association

Adv Proc No: **1:19-ap-1056**

Plaintiff v Defendant

## CERTIFICATE OF SERVICE

I, **Christine Johnson**, certify that service of this summons and a copy of the complaint was made **December 27, 2019** by:

☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:
JPMorgan Chase Bank
270 Park Ave.
New York, NY 10017

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date **12/27/2019**     Signature *C. Johnson*

Print Name: **Christine Johnson**

Business Address: Sulaiman Law Group
2500 S. Highland Ave., Suite 200
Lombard, IL 60148

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **13−41746**
**CESAR L. ROJO**

                Debtor

Adversary Proceeding No. **19−01056**
**CESAR L. ROJO**

                Plaintiff

v.

**JPMORGAN CHASE BANK, NATIONAL ASSOCIATION**

                Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| Clerk, U.S. Bankruptcy Court<br>Northern District of Illinois<br>219 S Dearborn<br>Chicago, IL 60604 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| Mohammed O Badwan<br>2500 S. Highland Ave<br>Suite 200<br>Lombard, IL 60148 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| City Hall<br>Joliet City Hall, 150 W Jefferson Street<br>Joliet IL 60432 | **Status Hearing Date and Time**<br>02/14/2020 at 10:15AM |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date Issued
12 / 27 / 2019

*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court